IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS ROY WHITE,

    Petitioner,                   2:02-cv-2071-GEB-KJM-P

  vs.

GAIL LEWIS,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 20, 2005 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of

1

1 appealability indicating which issues satisfy the required
2 showing or must state the reasons why such a certificate should
3 not issue.  Fed. R. App. P. 22(b).
4             For the reasons set forth in the magistrate judge's
5 July 20, 2005 findings and recommendations, petitioner has not
6 made a substantial showing of the denial of a constitutional
7 right.  Accordingly, a certificate of appealability should not
8 issue in this action.
9             IT IS SO ORDERED.
10 DATED:  October 25, 2005
11                                  /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
12                                  United States District Judge